

**ORDERED in the Southern District of Florida on July 20, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Case No. 18-10132-RAM
CARRENO, PABLO IGNACIO  Chapter 13

_____Debtor_____/

**ORDER GRANTING MOTION TO APPROVE MORTGAGE MODIFICATION AGREEMENT WITH SETERUS, INC. AS SERVICER FOR FANNIE MAE (LENDER)**

This matter came before the Court:

☒ On the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with <u>SETERUS, INC. AS SERVICER FOR FANNIE MAE</u> ("Lender") [DE #75].

☐ For hearing on _____, upon Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Mortgage Modification Agreement between the Debtor and <u>SETERUS, INC. AS SERVICER FOR FANNIE MAE</u> ("Lender") regarding real property located at <u>11245 NW 55th Lane, Doral, Florida 33178</u>  is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. The Debtor shall amend/modify the last filed chapter 13 plan on or before <u>August 1st, 2018</u> to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Debtor's attorney shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).

MMM-LF-16 (rev. 04/01/15)